**CROSLAND ARDREY WOODS, LLC v. BEAZER HOMES CORP.**

[365 N.C. 322 (2011)]

CROSLAND ARDREY WOODS, LLC v. BEAZER HOMES CORPORATION

No. 419PA10

(Filed 9 December 2011)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, —— N.C. App. ——, 698 S.E.2d 769 (2010), affirming a judgment and order granting a permanent injunction entered on 10 March 2009 by Judge Robert P. Johnston in Superior Court, Mecklenburg County. On 10 March 2011, the Supreme Court allowed plaintiff's conditional petition for discretionary review of additional issues. Heard in the Supreme Court on 14 November 2011.

*Parker Poe Adams & Bernstein LLP, by John W. Francisco, for plaintiff-appellee.*

*Williams Mullen, by John D. Burns, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.